UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------x
GOVERNMENT EMPLOYEES INSURANCE
COMPANY, GEICO INDEMNITY COMPANY,
GEICO GENERAL INSURANCE COMPANY,
and GEICO CASUALTY COMPANY,

                 Plaintiffs,

-against-

IGOR MAYZENBERG,
MINGMEN ACUPUNCTURE SERVICES, P.C.,
SANLI ACCUPUNCTURE, P.C.,
LAOGONG ACUPUNCTURE, P.C.,
IGOR DOVMAN, and
TAMILLA DOVMAN a/k/a TAMILLA KHANUKAYEV,

                 Defendants.
-------------------------------------------------------------------------x

ORDER
17-CV-2802 (ILG)

GLASSER, Senior United States District Judge:

Plaintiffs' request to file a counterstatement to the Defendants' 56.1 Statement, DE 133, is Granted. That counterstatement shall be correspondingly numbered as provided in Local Civil Rule 56.1(b) and add no new paragraphs to its 56.1 Statement previously filed.

SO ORDERED.

Dated:    Brooklyn, New York
           April 2, 2019

                                                                I. Leo Glasser
                                                               Senior United States District Judge