**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

BEFORE: **GLASSER, J.**           DATE:  **MAY 14, 2019**           TIME:  **2:00 p.m.**

DOCKET #: **CV-17-2802 (ILG)**

TITLE: **Government Employees Insurance Co.; Geico Indemnity Co.;**
       **Geico General Insurance Company; Geico Casualty Co. and Yury Koyen**

           *vs.*

       **Igor Mayzenberg, et al.**

DEPUTY CLERK:   **Stanley Kessler**

COURT REPORTER:

APPEARANCES:

    For Plaintiffs: ~~Barry I. Levy, Esq.~~; **Steven Henesey, Esq.; Michael A. Sirignano, Esq.**

    For Def'ts Igor Mayzenberg; Mingmen Acupuncture, P.C.; Sanli Acupuncture, P.C.; and
     Laogong Acupuncture, P.C.: **Matthew J. Conroy, Esq.**; ~~Maria Campese, Esq.~~

    ~~For Def't Igor Dovman: **Alan J. Sasson, Esq.**~~

    For Def't Tamilla Dovman: **Dinara Maylov, Esq.**

## CIVIL CAUSE FOR MOTION

✔ **Case called.**

✔ **Counsel present.**

✔ **Oral argument is heard for defendant Tamilla Dovman's motion for dismissal [DE 118], the motion of defendants Igor Mayzenberg; Mingmen Acupuncture, P.C.; Sanli Acupuncture, P.C.; and Laogong Acupuncture, P.C. for summary judgment [DE 121], and plaintiffs' motion for summary judgment [DE 119].**

✔ **The motions are taken on submission.  Decision reserved.**


**TIME: 1/15**