## AFFIDAVIT OF DIANA SHEYDVASSER

STATE OF NEW YORK        )
                         ) ss.:
COUNTY OF RICHMOND       )

      Diana Sheydvasser, being duly sworn, deposes and states that the following is true under the penalties of perjury:

1. I have personal knowledge of the statements that are made in this affidavit and would testify as to them in a court of law if called upon to do so. I give this affidavit voluntarily and have had the opportunity to consult with my own counsel concerning its preparation and execution.

2. This affidavit summarizes my dealings with Igor Dovman, Presico, Inc., and Kreniko, Inc.

3. I currently reside in Staten Island, New York, and work as a special education teacher in New York City.

4. Around September 2021, I was introduced to Igor Dovman. Dovman told me that he was in the debt consolidation business related to bankruptcy proceedings. During our conversation, Dovman told me that his wife was cheating on him with a much younger man, and that he was planning on filing for divorce. However, Dovman said he was afraid that his wife, whom he said never worked a day in her life, would take all his money once the divorce was filed. Therefore, Dovman asked me if I could help him protect his money from his wife.

5. Dovman proposed that the process would proceed as follows: (i) Dovman would write a check made out to me; (ii) I would then deposit this check into my personal bank account; and (iii) once the check cleared, I would write a check to someone else based on Dovman's instructions.

6. I gave it some thought and felt really bad for the guy. During our entire conversation over coffee, the guy appeared very sincere, hurt by the alleged unfairness of losing all his money in the impending alleged divorce and misery inflicted upon him by the alleged affair. I told him I will think about it and get back to him. After giving it some thought, I agreed to help him.

7. Dovman proceeded to pass to me several checks between October 2021 and March 2022. These checks were from Presico, Inc., with the exception of one check from a company called Kreniko, Inc.

Once these checks cleared, I issued checks to Alla Opallo and an individual by the name of Boris Khanis. I do not know and have never met either individuals named Alla Opallo or Boris Khanis.

8. The checks issued from Presico, Inc. and Kreniko, Inc. to me are attached to this affidavit as Exhibit 1, and total $400,000.00. The checks and withdrawals that I processed from my personal bank accounts after depositing these checks are attached to this affidavit as Exhibit 2, and total $400,000.00. I did not profit from these transactions in any way.

9. When each of the checks in Exhibit 1 was handed over to me, I was told the check was from Dovman.

10. I issued each of the checks in Exhibit 2 based on Dovman's instructions. My checks were then send back to Dovman. These checks were issued by me to individuals or entities Dovman indicated.

11. After I received a subpoena to testify in the *GEICO v. Mayzenberg* case, I contacted Dovman. While Dovman was on speaker phone, Dovman said to throw my subpoena in the garbage.

12. Although the "memo" line of some of the checks in Exhibit 1 say those checks were for a "loan", that is not true. Neither Dovman, Presico, Inc., nor Kreniko, Inc. ever lent me any money.

13. After I had attempted to help Dovman in 2021 and 2022, but prior to signing this affidavit, I learned that Dovman was still married to his wife. Given what I know now, I would have never agreed to help Dovman.

_____
Diana Sheydvasser

Sworn before me this 13 day
of ~~February~~ March, 2023

_____
Notary Public

ANNE ALEJANDRIA
NOTARY PUBLIC-STATE OF NEW YORK
No. 01AL6330060
Qualified in Richmond County
My Commission Expires 09-08-2023

6202235.v2

**PRESICO INC**

1359
1-32/210 NY
19047

Date: 2.14.2022

Pay To The Order Of: DIANA Sheydvasser

$ 50,000.00

fifty thousand dollars ———— Dollars

**BANK OF AMERICA**

ACH R/T 021000322

For: _____

[Signature]

---

JPMorganChase Bank

Endorsement: JPMorgan Chase Cancelled Bank, N.A.

[Signature] For Deposit Only

☐ CHECK BOX MOBILE/REMOTE



investors Bank   OFFICIAL CHECK                        55-7208  2212
                                              DATE February 18, 2022
101 JFK Parkway   Short Hills, NJ 07078
BRANCH 425           MEMBER FDIC             $***50,000.00**
*** Fifty Thousand and 00/100
                                              DOLLARS

PAY TO THE   Alla Opallo
ORDER OF
                                    TWO SIGNATURES REQUIRED $5000.00 AND OVER

REMITTER                            AUTHORIZED SIGNATURE

MEMO                                AUTHORIZED SIGNATURE



ENDORSE HERE
DO NOT WRITE / RESERVED
I SIGN BELOW THIS LINE / IAL INSTITUTION USE
FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

ORIGINAL DOCUMENT

PRESICO INC                                                                 1044

                                              1.21.2022   1-32/210 NY
                                                  Date         28846

Pay To The
Order Of  DIANIT sheydvasser                        $ 100,000

ONe hundred thousand dollars

BANK OF AMERICA

ACH R/T 021000322

For  LOAN

For Deposit Only

**Investors Bank**

**OFFICIAL CHECK**

55-7208 2212

101 JFK Parkway   Short Hills, NJ 07078
BRANCH 440         MEMBER FDIC

DATE January 28, 2022

Fifty Thousand and 00/100

$****50,000.00**

PAY TO THE ORDER OF   **BORIS KHANIS**

DOLLARS

TWO SIGNATURES REQUIRED $5000.00 AND OVER

AUTHORIZED SIGNATURE

REMITTER

AUTHORIZED SIGNATURE

MEMO



**Investors Bank** — OFFICIAL CHECK

101 JFK Parkway, Short Hills, NJ 07078
BRANCH 440  MEMBER FDIC
BRA* Fifty Thousand and 00/100

PAY TO THE ORDER OF: ALLA OPALLO

55-7208 2212
DATE January 28, 2022
$****50,000.00**
DOLLARS

TWO SIGNATURES REQUIRED $5000.00 AND OVER

AUTHORIZED SIGNATURE
AUTHORIZED SIGNATURE

REMITTER
MEMO

ENDORSE HERE
DO NOT WRITE / SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL INSTITUTION USE

FEDERAL RESERVE BOARD OF GOVERNORS REG. CC

| | |
|---|---|
| PRESICO INC | 1358 |
| | Date 2.14 2022 |
| Pay To The Order Of _William Shcysdwosser_ | $ 50,000.00 |
| _Fifty Thousand dollars_ | Dollars |
| BANK OF AMERICA | |
| ACH R/T 021000322 | |
| For _____ | [signature] |



TD Bank — OFFICIAL CHECK — 84250442-2
DIANA SHETOVASSER
DATE 02/18/2022
PAY TO THE ORDER OF BORIS KHANTS
Fifty Thousand AND 00/100
$50,000.00
AUTHORIZED SIGNATURE

| | |
|---|---|
| PRESICO INC | 1003 |
| | 11.3.2021 |
| Pay To The Order Of DIANA SHEYDVASSER | $ 50,000.00 |
| Fifty thousand dollars | |
| BANK OF AMERICA | |
| For Loan | |

Page 1 of 1

**TD Bank**

**OFFICIAL CHECK** 84178436-5

RE: DIANA SHEYDVASSER
DATE: 11/06/2021

PAY TO ORDER OF: BORIS KHARIS
Fifty Thousand AND 00/100
$50,000.00

DRAWN ON BANK, N.A.

Thomas J. Heaney
AUTHORIZED SIGNATURE



# JPMorgan Chase & Co.

**Post date:** 03/07/2022
**Amount:** $ 50000.00

Check from PRESICO INC, check number 1377, dated 3.4.2022, Pay To The Order Of Diana Sheyhusser, $50,000.00, fifty thousand dollars, Bank of America.

**Account:**
**Check Number:** 1377
JPMorganChaseBank

---

**Post date:** 03/07/2022
**Amount:** $ 50000.00

Check from KRENIKO INC, check number 1094, dated 3.4.2022, Pay To The Order Of Diana Sheyhusser, $50,000, fifty thousand dollars, Bank of America.

**Account:**
**Check Number:** 1094
JPMorganChaseBank

© 2016 JPMorgan Chase & Co.

2



**DIANA SHEYDVASSER**

1-2/210

170

DATE 3/16/2022

PAY TO THE ORDER OF Boris Khanis

$ 50,000.00

Fifty Thousand

DOLLARS

**CHASE**
JPMorgan Chase Bank, N.A.
www.Chase.com

MEMO