**DERIZ INC**

S.C.I.V.
2.28.2022

1001
2/210 NY

Pay To The Order Of: Robert Wushtra

$30,000 ea

Thirty thousand dollars — Dollars

**BANK OF AMERICA**

ACH R/T 021000322

For _____

**DERIZ INC**

1002
1-32/210 NY
28846

Date: 3.7.2020

Pay To The Order Of: Robert Wushtra    $63,000

Sixty Three Thousands dollars

**BANK OF AMERICA**

ACH R/T 021000322

For: _____

Harland Clarke

Case 1:17-cv-02802-DLI-LB   Document 205-3   Filed 03/14/23   Page 3 of 13 PageID #: 15037

**BRENIX INC**
2511 MCDOANLD AVE
BROOKLYN NY 11223

1052
1/2/210 NY

1.25 2022
Date

Pay To The Order Of: Robert Lyushtea

$ 66,000.00

Sixty six Thousand dollars Dollars

**BANK OF AMERICA**

ACH R/T 021000322

For _____

[Signature: RW]

**BRENIX INC**
2511 MCDOANLD AVE
BROOKLYN NY 11223

1053
1-32/210 NY
23846

Date: 2·21·2022

Pay To The Order Of: Robert Lyushtra

$ 23,000.—

Twenty three thousand —————— Dollars

**BANK OF AMERICA**

ACH R/T 021000322

For _____

**BRENIX INC**
2511 MCDOANLD AVE
BROOKLYN NY 11223

1055
1-22/219 NY
28946

Date: 7.27.2022

Pay To The Order Of: Robert Lewyster      $32,000

Thirty two thousand dollars

**BANK OF AMERICA**

ACH R/T 021000322

For: _____

**KRENIKO INC**

1091
1-32/210 NY
28846

Date: 2,8, 2022

Pay To The Order Of: Robert Wushtra

$81,000

eighty one thousands — Dollars

BANK OF AMERICA

ACH R/T 021000322

For _____

Harland Clarke

**KRENIKO INC**

1093
1-32/210 NY
28846

Date: 2.28.2022

Pay To The Order Of: Robert Lyushtra

$ 50,580.

Fifty Thousand five hundred eighty Dollars

BANK OF AMERICA

ACH R/T 021000322

For: _____

Harland Clarke

IN-(0)0

**KRENIKO INC**

1095
1-32/210 NY
28846

3.7.2022
Date

Pay To The Order Of: Robert Lynshtra      $ 75,000.00

Seventy five thousand & dollars      Dollars

**BANK OF AMERICA**

ACH R/T 021000322

For _____

Haitiand Clarke

**KRENIKO INC**

1096

4, 8, 2022

Date

2210 NY
28846

Pay To The Order Of: RoBert Wyshtra

$32, 30000

Thirdy two thousands three hundred Dollars

**BANK OF AMERICA**

ACH R/T 021000322

For _____

Harland Clarke

**KRENIKO INC**

1097
-32/210 NY
28846

Date: 7.27.2022

Pay To The Order Of: Robert Luystra         $18,000

Eighteen thousand dollars

BANK OF AMERICA

ACH R/T 021000322

For: _____

Harland Clarke

**BANK OF AMERICA**
BANK OF AMERICA, N.A. (THE "BANK")

**Business Signature Card with Substitute Form W-9**

**Account Number:** ▮▮▮▮▮▮▮▮▮▮

**Account Type:** [X] Checking    [ ] Savings    [ ] Certificate of Deposit

**Account Title:** BRENIX INC

**Legal Designation**
- [ ] Individual Owner/Sole Proprietor/Single Member LLC    [ ] C Corporation    [X] S Corporation    [ ] Trust/Estate
- [ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____
- [ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

- [ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number ▮▮▮▮▮▮▮▮▮    (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:

1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

Certification Instructions: You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| IGOR DOVMAN | PRESIDENT | X /s/ | 4/16/2021 |
|  |  |  |  |
|  |  |  |  |

00-14-9297M 11-2018
NNY
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Maksim Tashlyk
Financial Center: SHEEPSHEAD BAY

Bank Number: 487
Date: 04/16/2021



# BANK OF AMERICA

**Business Signature Card with Substitute Form W-9**

BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** _____

**Account Type:** [X] Checking    [ ] Savings    [ ] Certificate of Deposit

**Account Title:** KRENIKO INC

**Legal Designation:**

[ ] Individual Owner/Sole Proprietor/Single Member LLC    [ ] C Corporation    [X] S Corporation    [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
(Applies to accounts maintained outside the U.S.)

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number _____    (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:
1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9).

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| IGOR DOVMAN | PRESIDENT | X (signature) | 07/09/2021 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

00-14-9297M 11-2018
NNY
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Maksim Tashlyk
Financial Center: SHEEPSHEAD BAY

Bank Number: 487
Date: 07/09/2021



**Business Signature Card with Substitute Form W-9**

**BANK OF AMERICA**
BANK OF AMERICA, N.A. (THE "BANK")

**Account Number:** ▮▮▮▮▮▮▮▮

**Account Type:** [X] Checking   [ ] Savings   [ ] Certificate of Deposit

**Account Title:** DERIZ INC

**Legal Designation**

[ ] Individual Owner/Sole Proprietor/Single Member LLC   [X] C Corporation   [ ] S Corporation   [ ] Trust/Estate

[ ] Partnership (Enter type of partnership): General, LP, LLP or LLLP _____

[ ] Limited Liability Company (Enter tax classification: C=C Corporation, S=S Corporation, P=Partnership) _____

Note: Check the appropriate box in the line above for the tax classification of the single-member owner. Do not check LLC if the LLC is classified as a single-member LLC that is disregarded from the owner unless the owner of the LLC is another LLC that is not disregarded from the owner for U.S. federal tax purposes. Otherwise, a single-member LLC that is disregarded from the owner should check the appropriate box for the tax classification of its owner.

[ ] Other (Defined in W-9 instructions) _____

Exemptions (codes apply only to certain entities, not individuals; see IRS instructions for Form W-9)
*(Applies to accounts maintained outside the U.S.)*

Exempt payee code (if any) _____
Exemption from FATCA reporting code (if any) _____

Employer Identification Number ▮▮▮▮▮▮▮   (or) Social Security Number _____

**By signing below, I/we acknowledge, agree and consent:**
- To open this account and understand this does not change or replace any existing accounts I/we may have with Bank of America.
- This account is and will be governed by the terms and conditions set forth in the account opening documents, including the Deposit Agreement and Disclosures and the Business Schedule of Fees and I/we are in receipt of these documents.
- The Bank may change these documents at any time by adding new terms, or deleting or amending existing terms. The Deposit Agreement includes a provision for alternative dispute resolution.
- The signature(s) will serve as verification for any transaction in connection with this account, and as the certification (set forth below) of the taxpayer identification number (TIN) to which I/we want interest reported.
- Failure to fully complete and return the signature card may impact the ability to receive full FDIC deposit insurance coverage.

[ ] **Nonresident Alien (NRA) Status:** Check this box if the account holder of this account is a non U.S. entity/person (NRA) for U.S. tax purposes. Have them complete and sign the applicable Form(s) W-8.

**Substitute Form W-9:** Certification – Under penalties of perjury, I certify that:
1. The number shown on this form is the correct taxpayer identification number (or I am waiting for a number to be issued to me); and
2. I am not subject to backup withholding because: (A) I am exempt from backup withholding, or (B) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (C) the IRS has notified me that I am no longer subject to backup withholding; and
3. I am a U.S. citizen or other U.S. person (Defined in the W-9 instructions); and
4. The FATCA code(s) entered on this form (if any) indicating that I am exempt from FATCA reporting is correct.

**Certification Instructions:** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. (Please refer to the IRS instructions for Form W-9.)

The IRS does not require your consent to any provision of this document other than the certifications required to avoid backup withholding.

| Printed Name | Title (if applicable) | Signature | Date |
|---|---|---|---|
| IGOR DOVMAN | PRESIDENT | *[signature]* | 07/09/2021 |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

00-14-9297M 11-2018
NNY
© 2018 Bank of America, N.A. All Rights Reserved

Associate Name: Maksim Tashlyk
Financial Center: SHEEPSHEAD BAY

Bank Number: 487
Date: 07/09/2021

